## Scranton *v.* Koehler, Appellant.

*Res adjudicata—Scire facias sur mortgage—Validity of writ.*

Where on an appeal from a judgment on a verdict for the plaintiff on a scire facias sur mortgage, the validity of the writ is upheld, the question of the validity of the writ is res adjudicata, and cannot be opened again on a rule to strike off the judgment.

Argued March 4, 1909.   Appeal, No. 43, March T., 1909, by defendant, from order of C. P. Lackawanna Co., May T., 1903, No. 723, discharging rule to strike off judgment in case of City of Scranton v. Robert P. Koehler.   Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

Rule to strike off judgment.

The opinion of the Superior Court and former report in 36 Pa. Superior Ct. 95, states the case.

*Error assigned* was order discharging rule to strike off judgment.

*Thomas P. Duffy*, for appellant.

*H. R. Van Deusen*, assistant city solicitor, with him *David J. Davis*, city solicitor, for appellee.

PER CURIAM, April 19, 1909:

This is an appeal from an order discharging the defendant's rule to strike off a judgment of the common pleas which was affirmed by the court on appeal.   It will be seen by a perusal of the opinion of our Brother HENDERSON on that appeal, Scranton v. Koehler, 36 Pa. Superior Ct. 95, and the opinion of the learned judge of the common pleas discharging the rule, that the question sought to be raised is res judicata so far as these parties are concerned.

The order is affirmed at the costs of the appellant.